IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

TRAVIS LORREN GRAY,

    Petitioner,

vs.

LYNN GUYER; ATTORNEY GENERAL OF THE STATE OF MONTANA,

    Respondents.

CV 19-70-BLG-SPW

ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS

Petitioner Travis Lorren Gray is a state prisoner proceeding pro se. Gray filed a petition seeking a write of habeas corpus pursuant to 28 U.S.C. § 2254. The United States Magistrate Judge filed Findings and Recommendations on July 17, 2019. (Doc. 4). The Magistrate recommended the Court dismiss Gray's petition for lack of jurisdiction. (Doc. 4 at 2).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

1

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 4) are ADOPTED IN FULL.

IT IS FURTHER ORDERED the Petition (Doc. 1) is dismissed for lack of jurisdiction. The Clerk of Court is directed to enter by separate document a judgment of dismissal. A certificate of appealability is denied.

DATED this 6th day of August, 2019.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge